[No. 32595-1-II.   Division Two.   March 7, 2006.]

THE STATE OF WASHINGTON, *Respondent,* v. CHRIS ALFRED
BURKE, JR., *Appellant.*

Appeal from a judgment of the Superior Court for Pierce
County, No. 04-1-03664-1, Linda C.J. Lee, J., entered De-
cember 2, 2004. *Affirmed in part, reversed in part,* and
*remanded* by unpublished opinion per Bridgewater, J.,
concurred in by Houghton and Penoyar, JJ. Now published
at 132 Wn. App. 415.

[No. 32690-6-II.   Division Two.   March 7, 2006.]

THE STATE OF WASHINGTON, *Respondent,* v. PEGGY MILLER,
*Appellant.*

Appeal from a judgment of the Superior Court for
Thurston County, No. 04-1-00867-4, Wm. Thomas McPhee
and Richard A. Strophy, JJ., entered January 4, 2005.
*Affirmed* by unpublished opinion per Penoyar, J., concurred
in by Bridgewater and Hunt, JJ.

[No. 32712-1-II.   Division Two.   March 7, 2006.]

THE STATE OF WASHINGTON, *Appellant,* v. HEATHER MARIE
BAKER, *Respondent.*

Appeal from a judgment of the Superior Court for Clark
County, No. 04-1-00767-4, Roger A. Bennett, J., entered
December 27, 2004. *Reversed* by unpublished opinion per
Bridgewater, J., concurred in by Van Deren, A.C.J., and
Houghton, J.

[No. 32787-2-II.   Division Two.   March 7, 2006.]

THE STATE OF WASHINGTON, *Respondent,* v. RONALD E. HICKEY,
*Appellant.*

Appeal from a judgment of the Superior Court for Grays
Harbor County, No. 04-1-00542-9, David E. Foscue, J.,
entered January 10, 2005. *Affirmed* by unpublished opinion
per Van Deren, J., concurred in by Quinn-Brintnall, C.J.,
and Bridgewater, J.